RECEIVED
SDNY DOCKET UNIT

UNITED STATES DISTRICT COURT 2024 APR 15  PM 12: 25
SOUTHERN DISTRICT OF NEW YORK

Kevin Gregory McCullough

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

The Ridgeway Communities

179 Warburton Avenue, 2nd Floor

Yonkers, NY 10701

P. 914-821-1132  m 914920- 2893

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No



RECEIVED
APR 15 2024
PRO SE OFFICE

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_(Housing) My Right has been violated Because of Back Rent Arrare which I was'int aware of They say I owe Twinty Thousand dollar's The Reason My Apartment (Three Bed room) did'nt Past Inspection_

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen? _Yonker' New York_

The plaintiff, _Kevin Gregory McCullough_ , is a citizen of the State of
(Plaintiff's name)

_33 Ashburton Ave, yonker's New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _The Ridgeway Communities_ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _The Ridge Way Communities_ is incorporated under the laws of

the State of _New york (yonker's County New York)_ westchester

and has its principal place of business in the State of _Yonker's (westchester County New york)_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Kevin_ _Gregory_ _McCullough_
First Name          Middle Initial          Last Name

_33 Ashburton Ave_
Street Address

_Westchester County New York_     _10701_
County; City          State          Zip Code

_914-979-3761_          _Skeeterpojimbo60@gmail.com_
Telephone Number          Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _Jocelyn_ _Vargas_
First Name          Last Name

_Resident Occupancy Specialist_
Current Job Title (or other identifying information)

_178 Warburton Avenue, 2nd floor_
Current Work Address (or other address where defendant may be served)

_Westchester County_   _New York_   _10701_
County, City                State        Zip Code

Defendant 2: _EBONEE_   _Thomas_
First Name          Last Name

_Senior Community Manager_
Current Job Title (or other identifying information)

_178 Warburton Avenue, 2nd floor_
Current Work Address (or other address where defendant may be served)

_Westchester County Yonker's New york 10701_
County, City                State        Zip Code

Defendant 3: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State        Zip Code

Defendant 4:
_____

First Name                         Last Name
_____

Current Job Title (or other identifying information)
_____

Current Work Address (or other address where defendant may be served)
_____

County, City                         State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _33 Ashburton Ave Apt (202)_

Date(s) of occurrence: _Two ꞙ Ago (Wed's)_  week's

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

My Name is Kevin McCullough I was Evicted Two Week's Ago Do to Back Arear's, They I owe Back Arear's Of Twinty Thousand's dollar How That happen I do Not Know I've Been paying Five hundred a Month, section 8 was Paying Hundred in something, Section Stop Paying Their portion Because It did not Pass Inspection, Six Time's The Inspector's Came to my house and It did not Pass Inspection so They had stop payment I was'nt aware That They had stop payment. Two week's ago The City Martial's had came with and Eviction and said That Me and My Familie had To Leaven how ever I Was In The hospital for

Surgery at that, Time, when I Left the Hospital Two Week's ago I'd called my Attorney To let him Know What's going on, mean while I had to go Too social service (DSS) To get help, Mean While I had went To cluster's Because DSS said That They could'nt help me, Now me and my family is in The shelter on Boston Post Road, Feel that what these housing people has done was unJustly And my Right's has been vilated, They deni'd my Right to and order to ~~order~~ Show Cause

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

04/15/2024
Dated

Plaintiff's Signature

Kevin     Gregory     McCullough
First Name     Middle Initial     Last Name

33 Ashburton Ave # 202
Street Address

Westchester County, New York     New York     10701
County, City     State     Zip Code

914-979-3761     Skeeteryolimbo60@mail.com
Telephone Number     Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.