UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin Gregory McCollough,<br><br>                    Plaintiff,<br><br>       -against-<br><br>The Ridgeway Communities et al,<br><br>                    Defendants. | 24cv2910 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 25, 2024
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                Chief United States District Judge